# United States District Court
# For the District of Columbia

Encinas, et al

        Plaintiff(s)

        vs.

JJ Drywall Corporation, et al

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:08-cv-01156-RWR

To the Clerk of this court and all parties of record:

Please enter the appearance of   Catherine R. Fayette   as counsel in this
        (Attorney's Name)

case for:   Felix Encinas, Gabriel Encinas, and Silvano Carbajal, Plaintiffs
        (Name of party or parties)

July 25, 2008
Date

501334
BAR IDENTIFICATION

_[signature]_
Signature

Catherine R. Fayette
Print Name

4748 Wisconsin Ave N.W.
Address

Washington, D.C.   20016
City   State   Zip Code

(202) 362-0041
Phone Number